IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV218-RJC-DSC

| | |
|---|---|
| INFINITE COMPUTER SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ACN COMMUNICATION SERVICES, INC., )<br>)<br>Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Timothy J. McGary]" (document #21) filed June 15, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 16, 2009

_____
David S. Cayer
United States Magistrate Judge